[No. 2348-1.    Division One.    March 3, 1975.]

GEORGIE L. JOHNSON, *Appellant*, v. SIMON A. JOHNSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. D-49533, David C. Hunter, J., entered May 11, 1973. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Callow and Andersen, JJ.

[No. 2087-1.    Division One.    March 3, 1975.]

INDOOR CLIMATE CONTROL, INC., *Respondent*, v. UNION BAY PLUMBING, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 743625, Richard J. Ennis, J., entered December 15, 1972. *Affirmed* by unpublished opinion per Farris, J., concurred in by Williams, C.J., and James, J.

[No. 2472-1.    Division One.    March 3, 1975.]

RICHARD M. NOFFSINGER, *Respondent*, v. BYRON BICKMORE *et al.*, *Defendants*, EARL CORWIN *et al.*, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 749887, Horton Smith, J., entered July 11, 1973. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by James and Swanson, JJ.

[No. 1138-3.    Division Three.    March 5, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK W. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 62136, John C. Tuttle, J., entered March 7, 1974. *Affirmed* by unpublished per curiam opinion.